UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOHNNY SMITH**                                              **CIVIL ACTION**

**VERSUS**                                                    **NUMBER: 16-13825**

**LORETTA LYNCH, ET AL.**                                     **SECTION: "H"(5)**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the Plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims are dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 31st day of October, 2016.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**